**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

WALBRIDGE ALDINGER COMPANY,

    Plaintiff,

v.                                         Case No. 06-CV-11161-DT

AON RISK SERVICES, INC. OF
PENNSYLVANIA,

    Defendant.
_____/

**ORDER GRANTING IN PART AND DENYING IN PART DEFENDANT'S
"MOTION TO COMPEL DISCOVERY OF PLAINTIFF"**

On April 4, 2007, the court conducted a hearing in the above-captioned case. During that hearing, the court addressed Defendant Aon Risk Services, Inc. of Pennsylvania's "Motion to Compel Discovery of Plaintiff." As stated more fully on the record,

IT IS ORDERED that Defendant's motion is GRANTED IN PART and DENIED IN PART. Specifically, Plaintiff Walbridge Aldinger Company is DIRECTED to respond to Defendant's second interrogatory and request for production by **Wednesday, April 11, 2007**. Plaintiff is also DIRECTED to respond to the remainder of Defendant's outstanding interrogatories and requests for production[1] by **Friday, April 6, 2007**.

                                                 S/Robert H. Cleland
                                                 ROBERT H. CLELAND
                                                 UNITED STATES DISTRICT JUDGE

Dated: April 5, 2007

---

[1] Plaintiff's response to Defendant's request for production number 36 is deferred until the court rules on Defendant's motion to strike Plaintiff's expert report.

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, April 5, 2007, by electronic and/or ordinary mail.

 S/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522